UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:21-cr-0273-SEB-TAB-01 |
| | ) | |
| CODY LONG, | ) | |
| | ) | |
| *Defendant*. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

Comes now Defendant, Cody Long ("Long"), by counsel, and respectfully moves the Court for a continuance of the trial date presently scheduled herein, and in support hereof states the following:

1. The above-captioned proceeding is set for jury trial on March 6, 2023, at 9:30 a.m. [Dkt. 29].

2. Counsel is in the process of conducting discovery. Additionally, the parties are in the process of negotiating an amicable resolution to this matter, and Long requests a continuance of the trial date to explore a resolution or, alternatively, to prepare this matter for trial.

3. Assistant U.S. Attorney Michelle Brady has advised the undersigned counsel that she has no objection to the continuance sought herein.

4.      The ends of justice served by the continuance sought herein outweigh the best interests of the public and Defendant to a speedy trial.  Thus, the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. § 3161 *et seq*.

WHEREFORE, the Defendant, Cody Long, by counsel, respectfully requests that the Court grant a continuance of the jury trial presently scheduled herein, and for all other relief just and proper in the premises.

Respectfully submitted,

*/s/ Finis Tatum IV*

Finis Tatum IV
**HOOVER HULL TURNER LLP**
111 Monument Circle, Suite 4400
Post Office Box 44989
Indianapolis, Indiana 46244-0989
Phone: (317) 822-4400
Fax: (317) 822-0234
ftatum@hooverhullturner.com
*Attorney for Defendant, Cody Long*

1244085_1