UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:21-cr-0273-SEB-TAB-01 |
| | ) | |
| CODY LONG, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER GRANTING**
**MOTION FOR AUTHORIZATION FOR FUNDS FOR TRAVEL EXPENSES**

The Defendant, Cody Long, by counsel, having filed a Motion for Authorization for Funds for Travel Expenses, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED for the reasons set forth in Defendant's Motion.

IT IS THEREFORE ORDERED that the Court will allow travel expenditures of no more than $_____ in public funds for travel expenses incurred for this matter the week of March 6, 2023 to March 10, 2023.