UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cr-00273-SEB-TAB |
| CODY LONG, | ) ) | -01 |
| Defendant. | ) ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for May 2, 2023**

The defendant has filed a petition to enter a plea of guilty and requested a pre-sentence investigation.  IT IS, THEREFORE, ORDERED that the July 10, 2023, jury trial date previously assigned is VACATED.  This cause will be assigned for hearing on the petition and for sentencing upon the disclosure of the pre-sentence report.


Distribution:

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
michelle.brady@usdoj.gov

Finis Tatum, IV
Hoover Hull Turner LLP
ftatum@hooverhullturner.com